UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN HEALTHCARE, INC.,

    Plaintiff,

v.

MY ROBIN INC.,

    Defendant.

Case No. 22-cv-05299-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 8

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 13, 2022

_____
WILLIAM H. ORRICK
United States District Judge